UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                          )
                                                ) Bankruptcy Case
LIGHTSTREAM TECHNOLOGIES, INC.,                 ) No. 08-13967-RGM
                                                ) Chapter 7
          Debtor.                               )

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check in the amount of $2,469.19 payable to "United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Principal Life Insurance Company<br>711 High Street<br>Des Moines, IA  50392 | $2,469.19 |
| Total | $2,469.19 |

Dated: August 11, 2010                    /s/ H. Jason Gold
                                          H. Jason Gold, Trustee, VA Bar No. 19117
                                          WILEY REIN LLP
                                          7925 Jones Branch Drive, Suite 6200
                                          McLean, Virginia  22102
                                          703.905.2800

13177243.1